FILED

NOV 17 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RASHAD WATSON,

Defendant.

INDICTMENT

CASE NO. 5:26 CR 529

Title 18, United States Code,
Sections 922(g)(1) and 924(a)(8)

JUDGE RUIZ

COUNT 1
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant RASHAD WATSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Criminal Attempted Homicide and Aggravated Assault, in the Allegheny County Court of Common Pleas, Case Number CR-CP-02-CR-0004193-2013, on or about March 10, 2014, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Smith and Wesson SW40VE, 40 caliber pistol, bearing serial number RAW0729, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant RASHAD WATSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.